# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0971–4 | User: ltsanders | Date Created: 6/29/2009 |
| Case: 09–45712 | Form ID: OFFIND | Total: 5 |

**Recipients of Notice of Electronic Filing:**
ust      Office of the U.S. Trustee/Oak      USTPRegion17.OA.ECF@usdoj.gov
tr      John Kendall      jkendall.trustee@sbcglobal.net
aty      Max Cline      max008120@yahoo.com

                                                                                                                                                TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db      Cyriacus Iffy Okechukwu      11001 Overmoor St.      Oakland, CA 94605
jdb      Georgette Brooks      11001 Overmoor St.      Oakland, CA 94605

                                                                                                                                                TOTAL: 2